ond Department. December 30, 1908.) Action by August Keuthen against Robert H. Elder. No opinion. Judgment of the Municipal Court affirmed, with costs.

KHOURI v. NOHRA et al. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Nasein T. Khouri against George F. Nohra and another.

PER CURIAM. The opposing affidavit neither states nor claims any ground for the appeal. The appellant being in default, and no merit being shown or asserted, the motion to dismiss the appeal is granted, with costs.

KING, Respondent, v. MULDOON, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by William W. R. King, by Mary L. Bucklin, his guardian ad litem, against William Muldoon. No opinion. Judgment and order affirmed by default, with costs.

KIRNAN, Appellant, v. NEW YORK & O. RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Francis Elmore Kirnan, by Charles A. Burke, his guardian ad litem, against the New York & Ottawa Railway Company. No opinion. Judgment and order unanimously affirmed.

KLIGER v. ROSENFELD. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Max Kliger against Samuel Rosenfeld. No opinion. Motion denied, with $10 costs. Settle order on notice.

KNICKERBOCKER INV. CO. v. VOORHEES et al. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by the Knickerbocker Investment Company against Foster M. Voorhees and others. No opinion. Motion granted, with $10 costs. Order filed.

KORKEMAS v. MACKSOUD. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Richard Korkemas against Elias Macksoud. No opinion. Application granted. Order signed.

KRATENSTEIN, Appellant, v. BIKOFF, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by David Kratenstein against Samuel Bikoff. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 127 App. Div. 72, 111 N. Y. Supp. 250.

KRATENSTEIN, Appellant, v. BIKOFF, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by David Kratenstein against Samuel Bikoff. No opinion. Motion denied, without costs.

KRITORIAN v. KRITORIAN. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Mary Kritorian against Tatios J. Kritorian. No opinion. Motion granted, with $10 costs. Order filed.

KUBERA, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Maria Kubera against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

LA BAU, Respondent, v. BAKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Francis La Bau against Tammisin Madeleine R. Baker and another. No opinion. Order affirmed, with $10 costs and disbursements.

LALLY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Lavinia Lally against the New York Central & Hudson River Railroad Company. No opinion. Motion to resettle order denied, with costs.

LAMBURN, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by Martha Lamburn against the Richmond Light & Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LANDES v. HART. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Gregor Landes against Patrick A. Hart. No opinion. Motion denied. Order filed.

LANE, Respondent, v. FENN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Charles M. Lane against Albert O. Fenn and others. No opinion. Order affirmed, with $10 costs and disbursements.

LEASK et al., Respondents, v. McCARTY, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by George Leask and others against Mary E. McCarty. J. Gillin, for appellant. J. H. Dougherty, for respondents. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed. See, also, 59 Misc. Rep. 565, 112 N. Y. Supp. 405.

LEBER, v. BRAND et al. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Edward Leber against Leopold Brand and another. No opinion. Motion to dismiss appeal granted, with costs.

LEE, Respondent, v. REVOLVING AIRSHIP TOWER CO., Appellant. (Supreme

Court, Appellate Division, Second Department. December 30, 1908.) Action by Arthur L. Lee, as agent, etc., against the Revolving Airship Tower Company No opinion. Judgment of the Municipal Court affirmed, with costs.

LEE, Respondent, v. REVOLVING AIRSHIP TOWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Arthur L. Lee, agent of the Steeplechase Company, etc., against the Revolving Airship Tower Company. No opinion. Motion denied, without costs.

LENT, Respondent, v. NEW PALTZ, H. & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Abraham D. Lent against the New Paltz, Highland & Poughkeepsie Traction Company. No opinion. Interlocutory judgment affirmed, with costs, and with leave to defendant, on payment of such costs and of the costs at Special Term, to withdraw demurrer and serve an answer within 20 days.

LEO, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Antonio Leo against the Delaware, Lackawanna & Western Railroad Company. F. W. Thomson, for appellant. J. B. Mackie, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LEO v. DELAWARE, L. & W. RY. CO. (two cases). (Supreme Court. Appellate Division, First Department. January 29, 1909.) Actions by Antonio Leo against the Delaware, Lackawanna & Western Railway Company. No opinion. Motions denied, with $10 costs in each case. Orders filed.

LEVIN et al., Appellants, v. SCHADOFF, Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph Levin and another against Jacob Schadoff, impleaded with others. No opinion. Judgment of the Municipal Court affirmed, with costs.

LINSKY, Appellant, v. HESSEL, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by David A. Linsky against Albert C. Hessel. No opinion. Judgment of the Municipal Court affirmed, with costs.

LIPSCHITZ, Appellant, v. DESOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Wolf Lipschitz against Samuel Desowitz. O. Goldzier, for appellant. E. A. Jones, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LITCHFIELD, Respondent, v. BOND et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Edward H. Litchfield against Edward A. Bond and others. No opinion. Order affirmed, with $10 costs and disbursements.

LOFTUS, Appellant, v. LEONARD et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by John J. Loftus against John Leonard and others. Holt & Duross, for appellant. J. J. Mahoney, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed.

LOGAN, Respondent, v. WHITLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Ellen R. Logan, as administratrix, etc., against Frederic Nelson Whitley and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 114 N. Y. Supp. 255.

LOGERTO, Respondent, v. CENTRAL BLDG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Frank Logerto against the Central Building Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $12,000, in which event the judgment, as reduced, and order, are affirmed, without costs. See, also, 123 App. Div. 840, 108 N. Y. Supp. 604.

RICH, J., votes for reversal.

LONG, Respondent, v. DRUCKER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by William S. Long against Max Drucker. No opinion. Judgment of the Municipal Court affirmed, with costs.

LONZONO, Respondent, v. NEW YORK CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Joseph Lonzono against the New York Contracting Company. J. C. Toole, for appellant. M. S. Bevins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LOVELY, Appellant, v. OCEAN S. S. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Mary Lovely, as administratrix, against the Ocean Steamship Company. D. C. Hirsch, for appellant. H. Barry, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LUCY, Respondent, v. AMERICAN BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Margaret Lucy, as administratrix de bonis non of Timothy Lucy, deceased, against the American Bridge Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., not voting.

LUONGO v. DAVIS. (Supreme Court, Appellate Division, First Department. December